**Opinion issued April 14, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00924-CV

———————————

**GENETTA ISREAL, Appellant**

**V.**

**LARRY SCOTT, SHAPREE STONEHAM, VENUS SCOTT, PAMELA METOYER, JACQUELINE MILLER, Appellees**

On Appeal from the 257th District Court
Harris County, Texas
Trial Court Case No. 2010-45199

## MEMORANDUM OPINION

Appellant, Genetta Isreal, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal

of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.